# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

HEART CARE CONSULTANTS, LLC, AND HAYTHAM ALBIZEM,

     Petitioners

   v.

MOHAMMAD ALBATAINEH, M.D.,

     Respondent

: No. 546 MAL 2020
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

 **AND NOW**, this 16th day of March, 2021, the Petition for Allowance of Appeal is **DENIED**.